IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN HERBERT STRAND, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | NO. CIV-23-01189-HE |
| ) | |
| FNU WARDEN, FTC, ) | |
| Oklahoma City, ) | |
| ) | |
| Respondent. ) | |

### ORDER

Petitioner John Herbert Strand, appearing *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 636(b)(1)(B),(C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings.  On February 9, 2024, Judge Mitchell issued a Report and Recommendation recommending the court dismiss petitioner's petition for writ of habeas corpus without prejudice as moot.  Petitioner was advised of his right to object to the Report and Recommendation by March 1, 2024.  No objection has been filed.  Petitioner has therefore waived his right to appellate review of the factual and legal issues addressed in the report.  Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #5] and **DISMISSES** the § 2241 petition for writ of habeas corpus without prejudice as moot.

**IT IS SO ORDERED**.

Dated this 11th day of March, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE